UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.: **CV 08-4101-GW(JTLx)**                                    Date: **August 4, 2008**

Case Title: **Juan Vasquez Rodriguez, etc., et al. v. Michael Mukasey, et al.**

==================================================================
PRESENT:   **THE HONORABLE ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE**

      S. Mikhail for
      **Ellen Matheson**                          **Deborah Parker**
      Deputy Clerk                            Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):      ATTORNEY(S) PRESENT FOR DEFENDANT(S):
   NONE PRESENT                                 NONE PRESENT


PROCEEDINGS:   Order to Show Cause Hearing Re Failure to Comply with General Order 08-02


     Cause called at 1:55 p.m. for matter scheduled to be heard at 1:30 p.m. No appearances are made. Hearing held. Court finds plaintiffs' counsel in willful disregard of the Order to Comply With General Order 08-02 entered on July 1, 2008. Court **ORDERS** monetary sanctions against counsel in the amount of $350 pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2. Counsel is further **ORDERED** to submit case initiating documents to the clerk's office in electronic form (PDF format only). Counsel is further **ORDERED** to file a Notice of Compliance no later than **10 days** from the entry of this order. Failure to comply shall result in the setting of a further order to show cause hearing.


**cc: Judge George H. Wu**

                                                                  : 05
                              Initials of Deputy Clerk:   sdm